MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANDREW M. SCOBLE (CABN 124940)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: andrew.scoble@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0322 SBA |
| Plaintiff, | STIPULATION CONTINUING STATUS HEARING DATE, WITH SPEEDY TRIAL EXCLUSION; AND [~~PROPOSED~~] ORDER THEREON |
| v. | |
| JAMES ROBERT LEWIS, | |
| Defendant. | |

## STIPULATION

IT IS STIPULATED by the parties, through undersigned counsel, that:

1. The above-captioned case is currently scheduled for a status conference before the Court on Tuesday, July 10, 2012 at 9:30 a.m.. The government has previously produced discovery, and the parties have agreed (and the Court has ordered) that the period between June 1, 2012 and July 10, 2012 be excluded from the otherwise applicable Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). However, the parties have learned that the Court is unavailable on July 10, 2012. Moreover, the government is in the process of providing electronic discovery to defense counsel, in the form of numerous CDs

STIP. AND ORDER CONTINUING
STATUS HRG. WITH STA EXCL.
CR 12-0322 SBA

containing audio and video recordings.  Defense counsel will need time to review this discovery, once received, in order to advise his client on how to proceed in this case.

2. Accordingly, the parties now stipulate and jointly request that the status conference currently set for July 10, 2012 be vacated, and that the Court set this matter for a status conference on July 13, 2012 at 9:30 a.m. before United States Magistrate Judge Ryu in Oakland.

3. Further, the parties stipulate that the period from July 10, 2012 through July 13, 2012 be excluded under the Speedy Trial Act, for effective preparation of counsel.  The exclusion of time is necessary in light of the time needed to produce and review electronic discovery.  The parties agree that the ends of justice served by granting such a further continuance outweighed the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED:

                                              MELINDA HAAG
                                              United States Attorney

DATED: June 7, 2012                     By:    /s/
                                              ANDREW M. SCOBLE
                                              Assistant United States Attorney

DATED: June 7, 2012                              /s/
                                              JAMES PHILLIP VAUGHNS
                                              Counsel for the Defendant

//
//
//
//

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | For good cause shown, the status conference now scheduled for July 10, 2012 is vacated. |
| 3 | The matter shall be added to the calendar of United States Magistrate Judge Donna M. Ruy on |
| 4 | July 13, 2012 at 9:30 a.m. for status. |
| 5 | For the reasons stated above, the Court finds that an exclusion of time from July 10, 2012 |
| 6 | through July 13, 2012 is warranted and that the ends of justice served by the continuance |
| 7 | outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. |
| 8 | § 3161(h)(7)(A). The failure to grant the requested continuance would deny defense counsel the |
| 9 | reasonable time necessary for effective preparation, taking into account the exercise of due |
| 10 | diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). |
| 11 | IT IS SO ORDERED. |

DATED: 6/7/2012

*[signature]*

HON. DONNA M. RYU
United States Magistrate Judge
United States District Court Judge